UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD DALE BURSTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:12cv30 SNLJ |
| ) | |
| MICHAEL HAKALA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM and ORDER

This matter is before the Court on the plaintiff's July 23, 2014 Motion for a Change of Venue and to Add More Defendants (#94). Plaintiff states that he would like his case to be transferred to the Eastern Division of this Court because it would help plaintiff obtain an attorney in this matter. Plaintiff offers no legal basis on which to transfer venue of this proceeding. Plaintiff also seeks to add defendants to the lawsuit, but he does not allege that the parties he seeks to add have anything to do with the matter currently before the Court. Instead, plaintiff contends he is being mistreated and retaliated against. Should plaintiff wish to pursue those matters, he may file a new lawsuit. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for a Change of Venue and to Add More Defendants (#94) is **DENIED**.

Dated this   25th   day of November, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE